UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH CHRISTOPHER BODOR,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,[1]<br>    Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:24-cv-00410-CFC-LDH<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT ORDER

AND NOW, this 30th day of May, 2025, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____
                                         J.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).