UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JOSEPH CHRISTOPHER BODOR,           )
                                    )
        Plaintiff,                  )
                                    )    CIVIL ACTION NO. 1:24-cv-00410-CFC-LDH
              v.                    )
                                    )
FRANK BISIGNANO,                    )
    Commissioner of Social Security,)
                                    )
        Defendant.                  )

ORDER

AND NOW, this ___24th___ day of _____June_____, 2025, upon

consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Joseph Christopher Bodor, is awarded attorney fees in the

amount of Eight Thousand and Three Hundred and Eighty-five Dollars and 00/00 cents

($8,385.00) under the Equal Access to Justice Act ("EAJA") (28 U.S.C. §2412(a), (d)).  These

attorney fees, expenses, and costs will be paid directly to Plaintiff, Joseph Christopher Bodor,

and sent to the business address of Plaintiff's counsel, John S. Whitelaw, Esquire.  Full or

partial remittance of the awarded attorney fees will be contingent upon a determination by the

Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.  If such a

debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent

necessary to satisfy such debt(s).

BY THE COURT:

_____
                                J.